UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al, | ) ) ) |
| Plaintiffs, | ) )   Case No. 4:19-cv-02063 HEA |
| v. | ) ) ) |
| SUPERIOR TURF INSTALLATION, LLC, | ) ) |
| Defendant. | ) |

**MOTION TO DISMISS WITHOUT PREJUDICE**

Come now plaintiffs, through counsel, and dismiss the above-captioned matter without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


        /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  Superior Turf Installation, LLC, 3 Rolling Hills Court, St. Charles, MO 63304.

        /s/ Greg A. Campbell